No. 488. WESTERN MARYLAND RY. CO. ET AL. *v.* PENN VENEER CO. ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. W. W. Montgomery, Jr., Henry Wolf Biklé, John S. Flannery, Charles Myers,* and *Frederic D. McKenney* for petitioners. *Mr. Russell Duane* for respondents.

No. 14, original. EX PARTE E. D. FRYER ET AL. November 15, 1937. The motion for leave to file petition for writ of certiorari is granted, and the petition is denied. *Mr. B. F. Saltzstein* for petitioners.

No. 392. LEE *v.* UNITED STATES. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Ray E. Lane* for petitioner. No appearance for the United States.

No. 516. COLLER *v.* PEARCE, TRUSTEE. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jacob N. Halper* for petitioner. No appearance for respondent.

No. 520. GIORDANO *v.* ASBURY PARK ET AL. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Gabriele Giordano, pro se.* No appearance for respondents.